IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVE GOODWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-175 |
| | ) | |
| FLOCO FOODS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

A conflict of interest requires recusal of the undersigned and reassignment of the case by Chief United States District Judge J. Randal Hall.

SO ORDERED this 7th day of November, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA