# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| STEVE GOODWIN, | ) |
| Plaintiff, | ) |
| vs. | ) |
| FLOCO FOODS, INC., | ) Civil Action No. 1:18-cv-00175 |
| Defendant. | ) |

## ORDER

For good cause shown and having considered the parties' Joint Motion for Stay Pending Settlement, the Court hereby grants the Motion. IT IS ORDERED AND DECREED that the case is stayed through May 15, 2019 pending receipt of a Medicaid waiver by Plaintiff. If the waiver is denied, the parties will notify the Court of such denial within seven (7) days of Plaintiff's counsel's receipt of such denial. In such a case, the parties will be granted two (2) additional months from the date of notice to complete discovery. All other subsequent deadlines are similarly extended including without limitation the civil motions deadline.

IT IS SO ORDERED this 19th day of February, 2019.

*Christopher L. Ray*
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia